ORIGINAL

1 | MENDIOLA_J.pet

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

7 | Attorney's for United States of America



FILED
DISTRICT COURT OF GUAM
JUN 21 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00016 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PETITION TO TRANSFER |
| v. | ) | PAYMENTS FROM THE CRIME |
| | ) | VICTIM FUND TO THE RESTITUTION |
| JOEY JUNIOR MENDIOLA, | ) | FUND |
| | ) | |
| Defendant. | ) | |

PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order transferring from the Crime Victim Fund to the Restitution Fund in the above entitled action and in support hereof, states as follows:

1. On or about April 8, 2003, sentence was originally imposed by the U.S. District Court for the Northern Mariana Islands (NMI Court) against Defendant JOEY JUNIOR MENDIOLA (hereinafter referred to as "Defendant MENDIOLA). Among other things, a $100.00 special assessment and restitution in the amount of $16,908.83 were ordered. The NMI Court also ordered that the restitution was joint and several with his co-defendants and that payments are to be made to the District Court of Guam (Guam Court) for disbursement. See Attachment "A."

//

2. Defendant MENDIOLA paid his $100.00 special assessment fee at the NMI Court. See Attachment "B."

3. Defendant MENDIOLA made payments totaling $150.00 at the District Court of Guam of which $100.00 was deposited to the Crime Victim Fund. See Attachment "C."

4. In the interest of justice, the amount of $100.00 paid by Defendant MENDIOLA and deposited in the Crime Victims Fund should be transferred to the restitution fund.

5. Plaintiff further requests that any future payments made by defendant and deposited in the Crime Victim Fund be transferred to the Restitution Fund.

DATED this 20th day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: *(signature)*
MARIVIC P. DAVID
Assistant U.S. Attorney

# United States District Court

### District of the Northern Mariana Islands

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| MENDIOLA, JOEY JUNIOR | CASE NUMBER: CR-02-00006-001 |
| | G. Anthony Long, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✓] pleaded guilty to count(s)  I

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §922(j) | Possession of Stolen Firearms | 01/19/2002 | I |
| 18 U.S.C. §924 (a)(2) | Possession of Stolen Firearms | 01/19/2002 | I |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[✓] Count(s)  II and III   [ ] is  [✓] are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: ████-6097

Defendant's Date of Birth: ███/1981

Defendant's USM No.: 02035-093

Defendant's Residence Address:

Saipan, MP  96950

Defendant's Mailing Address:

04/08/2003
Date of Imposition of Judgment

Signature of Judicial Officer

Honorable, Alex R. Munson, Chief Judge
Name and Title of Judicial Officer

4-8-2003
Date



AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 4—Probation

DEFENDANT: MENDIOLA, JOEY JUNIOR
CASE NUMBER: CR-02-00006-001

# PROBATION

The defendant is hereby sentenced to probation for a term of    Three Years    .

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☑ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: MENDIOLA, JOEY JUNIOR
CASE NUMBER: CR-02-00006-001

# SPECIAL CONDITIONS OF SUPERVISION

The term of probation will include the following conditions:

1. That the defendant shall serve six months home detention under home confinement;

2. That the defendant shall not commit another federal, state, or local crime;

3. That the defendant shall not possess a firearm or other dangerous weapon;

4. That the defendant shall comply with the standard conditions of probation as set forth by the U.S. Probation Office;

5. That the defendant shall refrain from any unlawful use of a controlled substance and submit to one urinalysis within 15 days, and to two additional urinalysis thereafter;

6. That the defendant shall refrain from the use of any and all alcoholic beverages;

7. That the defendant shall participate in a program approved by the U.S. Probation Office for assessment and treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. It is further recommended that the defendant make a co-payment for treatment at a rate to be determined by the U.S. Probation Office;

8. That the defendant shall submit to a mental health intake assessment and any recommended treatment. It is further recommended that the defendant make co-payment for treatment at a rate approved by the U.S. Probation Office;

9. That the defendant shall obtain and maintain gainful employment;

10. That the defendant is ordered to pay jointly and severally with his co-defendants, the amount of $16,908.83 in resitution to the victim listed. Payments are to be made to the District Court of Guam, Attention: Clerk of Court, for disbursement. Disbursement payments will be sent to: Firing Line, P.O. Box 8571, Tamuning, Guam 96931;

11. That the defendant perform 300 hours of community service; and

12. That the defendant continue to cooperate and give assistance to the United States Government.

DEFENDANT: MENDIOLA, JOEY JUNIOR
CASE NUMBER: CR-02-00006-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ 16,908.83 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Firing Line | $16,908.83 | $16,908.83 | 1 |
| **TOTALS** | $ 16,908.83 | $ 16,908.83 | |

☐ If applicable, restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine and/or   ☐ restitution.

☐ the interest requirement for the   ☐ fine and/or   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: MENDIOLA, JOEY JUNIOR
CASE NUMBER: CR-02-00006-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☑ Lump sum payment of $ 100.00 due immediately, balance due

    ☐ not later than _____ , or
    ☑ in accordance with ☐ C, ☐ D, or ☑ E below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or

**C** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☑ Special instructions regarding the payment of criminal monetary penalties:

Defendant is ordered to pay jointly and severally with his co-defendants the amount of $16,908.83.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑ Joint and Several

☑ Defendant Name, Case Number, and Joint and Several Amount:
    Luis Aldan Deleon Guerrero   Cr.Cs #02-00016-001      Guam
    Victor Aldan Deleon Guerrero  Cr. Cs #02-00016-002     Guam

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 82
(Rev. 08/01)

**TRIPLICATE**

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
DISTRICT OF THE NORTHERN MARIANA ISLANDS

5957

RECEIVED FROM: Mendiola, Jerry Jr.
P.O. Box ▓▓▓▓▓
Saipan, MP 96950

CASE NUMBER OR OTHER REFERENCE: CR-02-00016

| FUND | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855___* | Deposit Funds | 504100 | 100.00 |
| | Registry Funds | | |
| 086900 | Filing Fees | | |
| 322350 | Copy Fees | | |
| 322360 | Miscellaneous Fees | | |
| 092037 | Noticing Fees | | |
| 143500 | Interest Deposits to U.S. | | |
| 323800 | Recovery – Court Costs | | |
| 504100 | Crime Victims Fund | | |
| 507310 | U.S. Trustee System Fund | **TOTAL** | 100.00 |
| 106000 | Forfeitures of Unclaimed Monies | | |

* Last two digits same as last two digits of DO symbol

Assessment Fee

Check and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE 4/2/03 | CASH ✓ | CHECK | M.O. | CREDIT | DEPUTY CLERK |

B

# District Court of Guam
# Fees Report

Date Range: 01/01/2002 - 07/07/2003                                      Case: CR-02-00016
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 04/24/2003 | 0022231 | MENDIOLA, ANGELA | | | |
| | | | CR-02-00016: CR-02-00016 Re: USA vs Joey A. Mendiola (jointly & severally with Saipan Case CR-02-00006) Assessments/Fines | | |
| | | | Assessments/Fines | $ | 50.00 |
| | | | Payment Type(s) Money Order | $ | 50.00 |
| 05/29/2003 | 0022447 | MENDIOLA, JOEY | | | |
| | | | CR-02-00016: CR-02-00016 CR-02-00006 (SAIPAN CASE) USA vs JOEY A. MENDIOLA, JR. Assessments/Fines M.O. #91573006724 030521 969500 | | |
| | | | Assessments/Fines | $ | 50.00 |
| | | | Payment Type(s) Money Order | $ | 50.00 |
| 07/07/2003 | 0022668 | MENDIOLA, JOEY A. | | | |
| | | | CR-02-00016: CR-02-00016 & cr-02-00006 (SAIPAN CASE) USA vs JOEY A. MENDIOLA Restitution M.O. #91574775358 030701 969500 | | |
| | | | Restitution | $ | 50.00 |
| | | | Payment Type(s) Money Order | $ | 50.00 |

